# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC** | § | |
| | § | |
| v. | § | |
| | § | |
| **NOKIA INC.,** | § | |
| **NOKIA CORP.,** | § | |
| **MOTOROLA, INC.,** | § | Civil Action No. 2:08-CV-00099-DF |
| **PALM, INC.,** | § | |
| **RESEARCH IN MOTION, LTD.,** | § | |
| **RESEARCH IN MOTION** | § | **JURY TRIAL DEMANDED** |
| **CORPORATION,** | § | |
| **SONY ERICSSON MOBILE** | § | |
| **COMMUNICATIONS AB, and** | § | |
| **SONY ERICSSON MOBILE** | § | |
| **COMMUNICATIONS (USA) INC.** | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the Stipulation of Dismissal by and between Aloft Media, LLC ("Aloft") and Motorola, Inc. ("Motorola") (collectively, the "Stipulating Parties"),

**IT IS HEREBY ORDERED** that:

(1) All claims asserted by Aloft against Motorola, including all amendments thereto, shall be dismissed without prejudice;

(2) All counterclaims asserted by Motorola against Aloft, including all amendments thereto, shall be dismissed without prejudice;

(3) This Stipulation shall not affect any claims by and between Aloft and any other defendant in this case; and

(4) The Stipulating Parties shall bear their own costs and attorneys' fees.

**SIGNED this 24th day of October, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE