IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:08-CV-99-DF |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **NOKIA, INC., et al.,** | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS

Aloft Media LLC ("Aloft Media") and Palm Inc. ("Palm") jointly move to dismiss all claims between them in this action pursuant to the Agreement reached by the parties. Aloft Media LLC hereby dismisses with prejudice its claims against Palm, and Palm hereby dismisses its counterclaims against Aloft Media for declaratory relief. Palm shall retain its ability to assert all defenses and/or claims in the event of any further litigation. Each party is to bear its own costs and attorney fees. This Court shall retain jurisdiction to enforce the terms of the Agreement.

            Respectfully submitted,

*[signature: Eric M. Albritton]*

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Phone: 903-757-8449
Fax: 903-758-7397
ema@emafirm.com

*Counsel for Aloft Media LLC*

/s/ Morgan W. Tovey (with permission)
Morgan Tovey
Cal. Bar No. 136242
QUINN EMANUEL URQUHART
OLIVER & HEDGES
50 California Street, Suite 2200
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
morgantovey@quinnemanuel.com

*Counsel for Palm Inc.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 29th day of May, 2009.

*[signature: Eric M. Albritton]*

Eric M. Albritton