**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALOFT MEDIA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:08-CV-099 |
| | ) |
| NOKIA, INC., ET AL. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Aloft Media LLC ("Aloft Media"), Nokia Inc. and Nokia Corp. (collectively "Nokia") jointly move to dismiss all claims between them in this action with prejudice pursuant to the Agreement reached by the parties. Nokia shall retain its ability to assert all defenses and/or claims in the event of any further litigation. Aloft has not released, and nothing in this dismissal shall be construed as a license, release or discharge of, any claim Aloft has or may have in the future against any other defendant named in this action or any other asserted infringer of the patent-in-suit. All such rights have been, and are, expressly reserved. Each party is to bear its own costs and attorney fees.

Dated this 10th day of July, 2009.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　／s／ Eric M. Albritton
　　　　　　　　　　　　　　　　　　　　Eric M. Albritton
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00790215
　　　　　　　　　　　　　　　　　　　　ALBRITTON LAW FIRM
　　　　　　　　　　　　　　　　　　　　P.O. Box 2649
　　　　　　　　　　　　　　　　　　　　Longview, Texas 75606
　　　　　　　　　　　　　　　　　　　　Phone: 903-757-8449
　　　　　　　　　　　　　　　　　　　　Fax: 903-758-7397
　　　　　　　　　　　　　　　　　　　　ema@emafirm.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Aloft Media LLC*

1

NOKIA INC.

By its attorneys

/s/ *Jason W. Cook*
Jason W. Cook
State Bar No. 24028537
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 4650W
Dallas, TX 75201-2708
Telephone: (214) 922-3407
Facsimile: (214) 922-3899
Jason.cook@alston.com


NOKIA CORP.

By its attorneys

/s/ *Jason W. Cook*
Jason W. Cook
State Bar No. 24028537
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 4650W
Dallas, TX 75201-2708
Telephone: (214) 922-3407
Facsimile: (214) 922-3899
Jason.cook@alston.com


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 10th day of July, 2009.

_____
Eric M. Albritton